# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, et al. ) | CASE NO. 21-61491-TNAP (JOINTLY ADMINISTERED) CHAPTER 11 |
| DEBTORS ) | SUBCHAPTER V |
| ) | JUDGE PATTON |
| ---------------------------------------------- ) | ------------------------------------------------- |
| FREDERIC P. SCHWEIG, TRUSTEE ) | |
| PLAINTIFF, ) | |
| ) | ADVERSARY NO. 23-06032-tnap |
| v. ) | |
| ) | DEFENDANT'S SECOND AMENDED |
| SIDNEY KEITH ) | PROOF OF SERVICE OF ANSWER |
| ) | |
| DEFENDANT. ) | |
| ) | |

Defendant submits the following amended proof of service for the Answer to the Complaint filed and served on December 27, 2023:

## PROOF OF SERVICE

This is to certify that on December 27, 2023, Defendant electronically filed and served an answer to the Complaint in this matter. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel for Plaintiff listed below. Parties may access this filing through the Court's system. In addition, on December 27, 2023, a copy of the answer was served by electronic mail to the following:

Frederic P. Schweig
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
440-499-4506
Fax : 440-398-0490
Email: fschwieg@schwieglaw.com

Finally, a copy of the answer was mailed to Mr. Schweig at the above address on January 11, 2024.

        */s/ Jack B. Cooper*
        Jack B. Cooper (#0069321)
        Milligan Pusateri Co., LPA
        P.O. Box 35459
        4684 Douglas Circle N.W.
        Canton, Ohio 44735
        Phone: (234) 209-9793
        Fax: (330) 409-0249
        Email: jcooper@milliganpusateri.com
        Counsel for Defendant

**PROOF OF SERVICE**

This is to certify that on January 19, 2024, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel for Plaintiff listed below. Parties may access this filing through the Court's system. Served via the Court's ECF system to the parties listed below, who are on the ECF mailing list for this matter.

Frederic P. Schwieg
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
(440) 499-4506
Fax : (440) 398-0490
Email: fschwieg@schwieglaw.com

        */s/ Jack B. Cooper*
        Jack B. Cooper (#0069321)