United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Frederic Schwieg  **Case Number:** 23–06032–tnap

**Debtor(s):**  **Judge:** TIIARA N.A. PATTON

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Motion to Extend Time and Notice of Motion.

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☒ Other. See Comments/Instructions.

**Comments/Instructions:**
1) Certificate of service refers to incorrect pleadings 2) All proposed orders must be submitted electronically at the time of filing of the motion, application or other document seeking relief from the Court 3) Incorrect hearing date.

Deputy Clerk: **/s/Lynn Baldwin**
Date: **3/25/2024**
Form ohnb141