United States Bankruptcy Court
Northern District of Ohio

Schwieg,
  Plaintiff

Keith,
  Defendant

Adv. Proc. No. 23-06032-tnap

# CERTIFICATE OF NOTICE

District/off: 0647-6  User: lbald  Page 1 of 1
Date Rcvd: Mar 25, 2024  Form ID: 141  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2024    Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |

TOTAL: 2

**To:** Frederic Schwieg  **Case Number:** 23−06032−tnap

**Debtor(s):**  **Judge:** TIIARA N.A. PATTON

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Motion to Extend Time and Notice of Motion.

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
☐ Attachments missing or incorrectly filed.
☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
☐ Certificate of service indicating name and address of parties served and date of service required.
☐ Exhibit A not attached.
☐ Form B121 required.
☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
☐ Signature Declaration missing.
☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
☐ Incorrect PDF Attached.
☐ No Means Testing Form
☒ Other. See Comments/Instructions.

**Comments/Instructions:**
1) Certificate of service refers to incorrect pleadings 2) All proposed orders must be submitted electronically at the time of filing of the motion, application or other document seeking relief from the Court 3) Incorrect hearing date.

Deputy Clerk: **/s/Lynn Baldwin**
Date: **3/25/2024**
Form ohnb141