**IT IS SO ORDERED.**

**Dated: April 19, 2024**



Tiiara N.A. Patton
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Squirrels Research Labs LLC, et al., | Case No. 21-61491 (TNAP) |
| Debtors. | Judge Tiiara N.A. Patton |
| Frederic P. Schwieg, Trustee, <br><br> Plaintiff, <br><br> v. <br><br> Sidney Keith, <br><br> Defendant. | Adv. Pro. No. 23-06032 (TNAP) |

## ORDER DIRECTING TRUSTEE FREDERIC P. SCHWIEG TO CURE CERTAIN FILING DEFICIENCIES BY FRIDAY, MAY 3, 2024

On March 22, 2024, Frederic P. Schwieg, Trustee ("Plaintiff") filed the *Motion of Plaintiff to Extend Time to Obtain Service of Process on Defendant* (ECF Docket No. 15) (the "Motion"); on March 25, 2024, the Court entered the *Notice of Filing Deficiencies* (ECF Docket No. 17) (the "Notice") based on Plaintiff's failure to (i) notice the Motion for hearing pursuant to *Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters)*[1], and (ii) to correct the certificate of service for the Motion; as of the date of this Order, Plaintiff has failed to cure the filing deficiencies outlined in the Notice; accordingly, the Motion is not scheduled for a hearing before this Court; therefore,

**IT IS HEREBY ORDERED THAT:**

1.      Plaintiff, Frederic P. Schwieg, shall cure the filing deficiencies outlined in the Notice (ECF Docket No. 17) by **Friday, May 3, 2024**.

2.      If Plaintiff does not cure the filing deficiencies, the relief in the Motion may be denied.

# # #

---

[1]      Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters are available on the Court's website at https://www.ohnb.uscourts.gov/content/judge-tijara-na-patton.

2