United States Bankruptcy Court
Northern District of Ohio

Schwieg,
    Plaintiff

Keith,
    Defendant

Adv. Proc. No. 23-06032-tnap

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: hlawh | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: pdf701 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |
| dft | + Sidney Keith, 8127 Larkspur Ave NW, North Canton, OH 44720-8354 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |

TOTAL: 2

IT IS SO ORDERED.

Dated:  April 19, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Squirrels Research Labs LLC, et al.,** | **Case No. 21-61491 (TNAP)** |
| **Debtors.** | **Judge Tiiara N.A. Patton** |
| **Frederic P. Schwieg, Trustee,** | |
| **Plaintiff,** | **Adv. Pro. No. 23-06032 (TNAP)** |
| **v.** | |
| **Sidney Keith,** | |
| **Defendant.** | |

## ORDER DIRECTING TRUSTEE FREDERIC P. SCHWIEG TO CURE CERTAIN FILING DEFICIENCIES BY FRIDAY, MAY 3, 2024

On March 22, 2024, Frederic P. Schwieg, Trustee ("Plaintiff") filed the *Motion of Plaintiff to Extend Time to Obtain Service of Process on Defendant* (ECF Docket No. 15) (the "Motion"); on March 25, 2024, the Court entered the *Notice of Filing Deficiencies* (ECF Docket No. 17) (the "Notice") based on Plaintiff's failure to (i) notice the Motion for hearing pursuant to *Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters)*[1], and (ii) to correct the certificate of service for the Motion; as of the date of this Order, Plaintiff has failed to cure the filing deficiencies outlined in the Notice; accordingly, the Motion is not scheduled for a hearing before this Court; therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff, Frederic P. Schwieg, shall cure the filing deficiencies outlined in the Notice (ECF Docket No. 17) by **Friday, May 3, 2024**.

2. If Plaintiff does not cure the filing deficiencies, the relief in the Motion may be denied.

# # #

---

[1] Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters are available on the Court's website at https://www.ohnb.uscourts.gov/content/judge-tiiara-na-patton.