United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Frederic Schwieg                    **Case Number:** 23–06032–tnap

**Debtor(s):**                              **Judge:** TIIARA N.A. PATTON

**Re:** Motions/Pleadings/Filings for Judge's Consideration
     Notice of Second (Amended) Motion (Doc 24)

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
☐ Attachments missing or incorrectly filed.
☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
☐ Certificate of service indicating name and address of parties served and date of service required.
☐ Exhibit A not attached.
☐ Form B121 required.
☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
☐ Signature Declaration missing.
☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
☐ Incorrect PDF Attached.
☐ No Means Testing Form
☑ Other. See Comments/Instructions.

**Comments/Instructions:**
May 14, 2024 is an incorrect Canton Chapter 11 docket date. Canton docket dates may be found on Judge Patton's page on the Court's website under the Canton Office Tab. See Judge Patton's Self Calendaring Hearing Dates Canton Chapter 11 and Chapter 12 Matters dated August 11, 2023

Deputy Clerk: **/s/Heather Lawhorn**
Date: **4/26/24**
Form ohnb141