United States Bankruptcy Court
Northern District of Ohio

Schwieg,
    Plaintiff

Adv. Proc. No. 23-06032-tnap

Keith,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0647-6      User: hlawh      Page 1 of 1
Date Rcvd: Apr 26, 2024      Form ID: 141      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |

TOTAL: 2

United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Frederic Schwieg  **Case Number:** 23−06032−tnap

**Debtor(s):**  **Judge:** TIIARA N.A. PATTON

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Notice of Second (Amended) Motion (Doc 24)

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need  ☐ Cover Page/Worksheet  ☐ Request for Summons  ☐ See Comments.
- ☐ Affidavit is invalid. Need  ☐ Notary Seal/Stamp  ☐ Signature  ☐ County/State  ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case  ☐ Closed  ☐ Dismissed  ☐ Number incorrect  ☐ Transferred  ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information  ☐ Not fully reflected in order  ☐ No Hearing notice  ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for  ☐ Attorney  ☐ Debtor  ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☒ Other. See Comments/Instructions.

**Comments/Instructions:**
May 14, 2024 is an incorrect Canton Chapter 11 docket date. Canton docket dates may be found on Judge Patton's page on the Court's website under the Canton Office Tab. See Judge Patton's Self Calendaring Hearing Dates Canton Chapter 11 and Chapter 12 Matters dated August 11, 2023

Deputy Clerk: **/s/Heather Lawhorn**
Date: **4/26/24**
Form ohnb141