Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702
**Case No. 23–06032–tnap**

**In re:**

**Social Security No.:**

### NOTICE OF HEARING

Rescheduled Time to 1:00 p.m.

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
May 21, 2024 at 1:00 p.m.
Ralph Regula U.S. Courthouse

To consider and act upon the following matters:

| | |
|---|---|
| **Dated:** May 8, 2024 | For the Court |
| Form ohnb187 | Josiah C. Sell, Clerk |