IT IS SO ORDERED.

Dated: May 21, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br><br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE<br>*Plaintiff*<br>V.<br>SIDNEY KEITH<br>*Defendant* | ADVERSARY NO. 23-06032<br><br>ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

### ORDER GRANTING SECOND MOTION OF PLAINTIFF TO EXTEND TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANT [DOC. 23]

Plaintiff moves the Court to Extend the time to obtain Service of Process on Sidney Keith ("Defendant") [Doc. 23] ("Motion"). No opposition to the Motion having been filed it is hereby GRANTED and the time to issue a new summons is hereby extended to June 25, 2024.

###

Prepared by,
/s/ Frederic P. Schwieg
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
fschwieg@schwieglaw.com
Subchapter V Trustee

**ECF SERVICE**

Frederic P. Schwieg for Plaintiff fschwieg@schwieglaw.com

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com